# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD EDWARD BULLOCK, #764744 | § | |
| VS. | § | CIVIL ACTION NO. 9:08cv131 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's claim that his property was illegally seized is **DISMISSED WITHOUT PREJUDICE** and that the remaining claims are **DISMISSED WITH PREJUDICE**;

**ORDERS** that all motions not previously ruled on are **DENIED**; and

**ORDERS** that Petitioner is **DENIED** a certificate of appealability.

**SIGNED** this the **25** day of **November, 2008.**

_____
Thad Heartfield
United States District Judge